# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 96-00102-04-CR-W-ODS |
| CHARLES A. COVINGTON ) | |
| PAGE 1 AMENDED (reduced sentence amount) ) | USM No: 10882-026 |
| Date of Original Judgment: 05/08/1998 ) | |
| Date of Previous Amended Judgment: 04/15/2009 ) | STEVE MOSS, AFP |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Cts.1&2: 262 mos.*  months **is reduced to**  Cts.1&2: 210 months each**  .

*(Complete Parts I and II of Page 2 when motion is granted)*

*to run concurrently.
**count, concurrent.

Except as otherwise provided, all provisions of the judgment dated  05/08/1998  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/18/2011

s/ NAENTTE LAUGHREY
*Judge's signature*

Effective Date:  _____
*(if different from order date)*

NANETTE LAUGHREY, United States District Judge
*Printed name and title*